UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   13-4437 |
| Derek N. Nevinger | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | SELECT IF OUTLYING AREA |
| Debtor(s) | ) | |

**FINAL ORDER GRANTING MOTION FOR USE OF CASH COLLATERAL
AND RELATED RELIEF**

THIS MATTER COMING TO BE HEARD on the motion of the above captioned Debtor and Debtor in Possession herein for authority to use cash collateral and related relief (the "Motion"); the Court having held a hearing on the Motion on May 2, 2013 and having granted the Motion for the reasons stated on the record; the State Bank of Herscher ("SBH") and the Debtor subsequently having reached an agreement that somewhat modifies the ruling of the Court on the Motion; and this Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED as follows:

1.) The Debtor is authorized to use the real estate which may be subject to the lien of SBH and which he owns or in which he has an interest (the "Real Estate");

2.) As adequate protection for the use of the Real Estate, the Debtor shall pay SBH $1,200 per month through October, 2013 for the so-called shop property which he has leased to Rolling R Golf Cars, LLC, and will cause the mortgages on the other Real Estate, with the exception of the Naples, Florida condominium, to be paid in the ordinary course according to the terms of the notes and mortgages between SBH, as original mortgagee and current loan servicer and the owners of said Real Estate.

3.) SBH is granted the following adequate protection for its claimed security interests: the Debtor will permit SBH to inspect, upon reasonable notice, within reasonable hours, the Debtor's books and records; the Debtor will maintain and pay premiums for insurance to cover all of his assets; the Debtor will pay post petition real estate taxes when such taxes become due and payable; the Debtor will properly maintain his assets in good repair and properly manage same; and SBH shall be granted valid, perfected, enforceable security interests in and to the Real Estate to the extent and priority of its claimed pre-petition liens, if valid, but only to the extent of any diminution in the value of such assets during the period from the Petition Date through the confirmation of a plan.

Enter:

*/s/ Donald R. Cassling/*

Dated: 5/20/14

United States Bankruptcy Judge

**Prepared by:**
Derek N. Nevinger
828 Stonebridge Road

Rev: 20130104_bko

Frankfort, IL 60423
rollingr@sbcglobal.net

Rev: 20130104_bko