UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 13-04437 |
| Derek N. Nevinger, | ) | |
| | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## FINAL DECREE

    THIS MATTER COMING TO BE HEARD on the motion of Derek N. Nevinger, ("Nevinger" or the "Reorganized Debtor") for entry of a final decree in the above captioned case, Nevinger having reported to the Court that this chapter 11 case is fully administered, and this Court being otherwise fully advised in the premises;

  IT IS HEREBY ORDERED that the chapter 11 case of the above captioned debtor shall be, and hereby is, closed.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  September 30, 2015

**Prepared by:**

Brian M. Graham (ARDC # 6243015)
7634 Lakeside Drive
Frankfort, IL 60423
312-909-3322
bmgrahampack@sbcglobal.net